IT IS ORDERED by the court, sua sponte, that the stay of execution entered in this cause on May 21, 2001, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 11th day of March, 2003, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Franklin County.

**2002–1693.   State ex rel. Amcast Indus. Corp. v. Hall.**
Franklin App. No. 02AP–32, 2002-Ohio-4494. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before December 16, 2002.

**2002–2003.   State ex rel. Montgomery v. Cleveland Golden Gloves Assn.**
Cuyahoga App. Nos. 80749 and 80750, 2002-Ohio-5081. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' immediate motion for stay,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

[Cite as *12/13/2002 Case Announcements #2*, 2002-Ohio-6848.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 13, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–2001.   State v. McCullough.**
Fayette App. No. CA2001–10–015, 2002-Ohio-5453. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

[Cite as *12/16/2002 Case Announcements*, 2002-Ohio-6867.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 16, 2002*

## RECONSIDERATION OF PRIOR DECISIONS

**2002–1549.   State ex rel. Howard v. McDonald.**
In Mandamus. Reported at 97 Ohio St.3d 1411, 2002-Ohio-5601, 777 N.E.2d 268.

IT IS ORDERED by the court that the amended motion for reconsideration in this case be, and hereby is, denied.

IT IS FURTHER ORDERED by the court, sua sponte, that relator is to show cause, within ten days of the date of this entry, why he should not be sanctioned for frivolous conduct.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent from the issuance of the show cause order.

## MEDIATION REFERRAL

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2002–1847, 2002–1848 and 2002–1849.   Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.
Board of Tax Appeals, Nos. 99–A–1413, 99–A–1411 and 99–A–1412.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2002–1693.   State ex rel. Amcast Indus. Corp. v. Indus. Comm.
Franklin App. No. 02AP–32, 2002-Ohio-4494.

[Cite as *12/18/2002 Case Announcements*, 2002-Ohio-6866.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 18, 2002*

### MERIT DECISIONS WITHOUT OPINIONS

2002–1672.   State ex rel. Smith v. Dickinson.
In Mandamus and Prohibition. On motion to dismiss of Max Rothal, John York, Patrick and Brian Armstead, and Bryan Jividen, motion for sanctions for frivolous action of Max Rothal, John York, Patrick and Brian Armstead, and Bryan Jividen, motion to dismiss of Perry Dickinson and motion for sanction and an award of attorney fees, and motion to strike motion to dismiss and motion for sanctions and award of attorney fees of Perry Dickinson. Motions to dismiss granted and motions for sanctions and for award of attorney fees granted.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1683.   Hudson v. Adams.
In Prohibition. On motion to dismiss and motion for stay of Summit County Court case No. CR 2002–092626–A pending a ruling on the writ of prohibition. Motion to dismiss sustained, and motion for stay denied. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1726.   State ex rel. Lutz v. McMonagle.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.